UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN EUGENE THURMAN, <br> Plaintiff, <br> v. <br> J. MARGUINA, et al., <br> Defendants. | Case No. 22-00754 BLF (PR) <br> **ORDER OF TRANSER** |

Plaintiff, who is currently being held at the Mule Creek State Prison ("MCSP") in Ione, California, filed a letter on January 31, 2022, which was construed as an attempt to file a *pro se* civil rights complaint under 42 U.S.C. § 1983. Dkt. No. 1. The Clerk sent Plaintiff two separate notices to file a proper complaint and a complete *In Forma Pauperis* ("IFP") application without twenty-eight days of the notices. Dkt. Nos. 2, 3. Plaintiff was also advised that he must file either a consent or declination to magistrate judge jurisdiction in the same time. Dkt. No. 4. When the time to respond passed, the matter was reassigned to the Undersigned. Dkt. Nos. 5, 9.

On March 9, 2022, Plaintiff filed a complaint, an IFP motion, and declination to magistrate judge jurisdiction. Dkt. Nos. 8, 6, 7. The complaint alleges unconstitutional acts by prison officials at MCSP. Dkt. No. 8. Because the acts complained of occurred in Amador County, which lies within the venue of the Eastern District of California, *see* 28 U.S.C. § 84(b), venue properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b). Accordingly, this case is TRANSFERRED to the United States District Court for

the Eastern District of California.  See 28 U.S.C. § 1406(a).

The Clerk shall terminate all pending motions and transfer the entire file to the Eastern District of California.

**IT IS SO ORDERED.**

Dated:   ___March 17, 2022_____

BETH LABSON FREEMAN
United States District Judge

Order of Transfer
PRO-SE\BLF\CR.220\00754Thurman_transfer (ED)